FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY 29 2015

CLERK_____
SO. DIST. OF GA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER TO DISMISS |
| | ) | |
| v. | ) | 4:15-CR- 51 |
| | ) | |
| JANICE A. KING | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this 29th day of May, 2015.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA